IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

                                      CASE NO. 18-21001

OWEN, LEONARD WADE                    Chapter 7

        Debtor(s).

**NOTICE OF REQUEST TO THE BANKRUPTCY CLERK'S
OFFICE IN THE ABOVE-CAPTIONED CASE**

        The Trustee, Patricia E Hamilton, in the above-captioned case, requests that the Bankruptcy

Clerk's office furnish to her the following information to assist the Trustee in the closing of the case:

**Nominal Assets** _____                **Asset Case** _____

        **Calculation of court costs:**

        a)  Adversary filing fees          _____$0_____

        b)  Reopening fee                 _____$0_____

        c)  Notices or [check]            _____$0_____

            Noticing fees paid previously   _____

        d)  Certifications                 _____$0_____

        e)  Appeals                     _____$0_____

        f)  Filing Fee -- (Unpaid by Debtor)   \_\_\_\_PAID\_\_\_\_

        TOTAL COSTS                _____$0_____

        DATED: \_\_11/30/18_____

                            s/ Patricia E. Hamilton _____
                            Patricia E. Hamilton, #13263
                            917 SW Topeka Blvd.
                            Topeka, KS 66612
                            785-408-8000
                            785-408-8003 (Fax)
                            Phamilton@stevensbrand.com